**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 13, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
MYKAYLA FAGNANI, ON BEHALF OF :
HERSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
: No.: 1:22-cv-10650
Plaintiffs, :
:
v. : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
JET SET KID LLC, :
:
Defendant. :
:
---------------------------------------- x

Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, JET SET KID LLC, with prejudice and without fees and costs.

Dated: New York, New York
       February 10, 2023

                                                        GOTTLIEB & ASSOCIATES

                                                        /s/Michael A. LaBollita, Esq.

                                                        Michael A. LaBollita, Esq., (ML-9985)
                                                        150 East 18th Street, Suite PHR
                                                        New York, NY 10003
                                                        Phone: (212) 228-9795
                                                        Fax: (212) 982-6284
                                                        Michael@Gottlieb.legal

                                                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

Feb. 13, 2023